Troutman Sanders LLP
875 Third Avenue
New York, New York 10022



troutman.com

---

**Amanda Lyn Genovese**
amanda.genovese@troutman.com

November 30, 2018

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Long Island Neurosurgical Associates, P.C. v. Empire Blue Cross Blue Shield**
**Civil Action No.: 2:18-cv-03963-JMA-AYS**
**Submission of Joint Proposed Briefing Schedule**

Dear Judge Azrack:

This firm represents Defendant Empire HealthChoice Assurance, Inc. in the above-referenced action. In accordance with Your Honor's order during the recent pre-motion conference, the Parties jointly submit the following proposed briefing schedule for review and consideration:

- Motion to dismiss submissions due on or before **January 25, 2019**;

- Plaintiff's opposition submissions due on or before **February 25, 2019**; and

- Reply submissions due on or before **March 11, 2019**.

We thank Your Honor for your attention to this important matter. If the Court has any questions, then please feel free to call my office.

Respectfully submitted,

*/s/ Amanda Lyn Genovese*

Amanda Lyn Genovese

cc:  All Counsel of Record (via ECF)