UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LONG ISLAND NEUROSURGICAL
ASSOCIATES, P.C.,

                Plaintiff,                    Civil Action No.:
                                                        2:18-cv-03963-JMA-AYS

       v.

EMPIRE BLUE CROSS BLUE SHIELD,

                Defendant.
-----------------------------------------------------------------X

## NOTICE OF WITHDRAWAL

      I hereby file a notice of withdrawal as co-counsel to Nan Geist Faber, counsel for Long Island Neurosurgical Associates, P.C. Should the Court require an explanation, I will provide it.

Date: May 13, 2019                                      /s/ Robert J. Axelrod
                                                            Robert J. Axelrod
                                                            AXELROD LLP
                                                            800 Third Avenue, Suite 2800
                                                            New York, NY 10022
                                                            (646) 448-5263
                                                            rjaxelrod@axelrodllp.com