# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG ISLAND NEUROSURGICAL ASSOCIATES, P.C.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>EMPIRE BLUE CROSS BLUE SHIELD,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-03963-JMA-AYS<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Empire Blue Cross Blue Shield.

I request that that copies of all the papers in this action be served upon me at the office, post office address, and/or e-mail address stated below.

Dated: June 25, 2019
　　　New York, New York

**TROUTMAN SANDERS LLP**

*/s/ Stephen J. Steinlight*
Stephen J. Steinlight
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
stephen.steinlight@troutman.com

*Attorneys for Defendant Empire Blue Cross Blue Shield*