Troutman Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

**Amanda Lyn Genovese**
amanda.genovese@troutman.com

June 25, 2019

**VIA CM/ECF**

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:** *Long Island Neurosurgical Associates, P.C. v. Empire Blue Cross Blue Shield*
> **2:18-cv-03963-JMA-AYS**

Dear Magistrate Judge Shields:

I write to respectfully request that this Court instruct the Clerk to withdraw my appearance on behalf of the Defendant Empire Blue Cross Blue Shield in the above-referenced case.

I will no longer be affiliated with Troutman Sanders LLP, effective June 27, 2019.  Troutman Sanders LLP will remain as counsel of record for the Defendant.

Respectfully submitted,

*s/Amanda Lyn Genovese*
Amanda Lyn Genovese


cc: All Counsel of Record via CM/ECF